U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 SEP 18 PM 3: 52

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

DR. DOROTHY PUMO,
        Plaintiff,

v.

ALBANY COLLEGE OF PHARMACY
AND HEALTH SCIENCES,
        Defendant.

Docket No. 2:15-cv-33

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through their respective attorneys, and hereby STIPULATE AND AGREE that the above matter shall be dismissed WITH PREJUDICE.

DATED at Burlington, Vermont, this 4 day of September, 2015.

_____
John L. Franco, Jr., Esq.
The Law Office of John L. Franco Jr.
110 Main Street, Suite 208
Burlington, VT 05401-8451

Attorney for Dr. Dorothy Pumo

DATED at Middlebury, Vermont this 14 day of September, 2015.

LANGROCK SPERRY & WOOL, LLP

_____
Ellen Mercer Fallon
PO Drawer 351, 111 S. Pleasant Street
Middlebury, VT 05753
(802) 388-6356
efallon@langrock.com
Attorneys for Albany College of Pharmacy and Health Sciences

LANGROCK SPERRY
& WOOL, LLP

1

SO ORDERED:

Dated: 9/17/15

_____
United States District Court for the
District of Vermont
Christina C. Reiss, Chief Judge

656907.1

LANGROCK SPERRY
& WOOL LLP